≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle                    District of                    Alabama

Bernethia Johnson

V.

Jo Ann B. Barnhart, Commisssioner
and Social Security Administration

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV59-M

TO: (Name and address of Defendant)

Leura G. Canary
U.S. Attorney
P.O. Box 197
Montgomery, AL 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ____90/60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

_____1/19/07_____
DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Bernethia Johnson

V.

Jo Ann B. Barnhart, Commisssioner
and Social Security Administration

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CU59-M

TO: (Name and address of Defendant)

Richard Blake
Assistant Legal Counsel
Social Security Administration
61 Forsyth Street, SW
Suite 20T45
Atlanta, GA 30303-892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____ 6̶0̶ 90 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____          _____1/18/07_____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

Bernethia Johnson

V.

Jo Ann B. Barnhart, Commisssioner
and Social Security Administration

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV 59-M

TO: (Name and address of Defendant)

U.S. Attorney General Albert Gonzales
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

DATE 1/19/07