**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 22, 2007

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Johnson v. Barnhart et al
Civil Action No.  2:07-cv-00059-TFM

The above-styled case has been reassigned to Judge Ira De Ment.

Please note that the case number is now 2:07-cv-00059-ID.  This new case number should be used on all future correspondence and pleadings in this action.