## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Johnson v. Barnhart et al

Case Number:  2:07-cv-00059-ID

Referenced Docket Entry - *** Summons -  Doc.  No.3

The referenced docket entry was filed by Clerk' s office with  ERROR  on ***January 19, 2007 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the summons were served with social security procedure order and with incorrect days to answer complaint.  Please DISREGARD this docket entry.