# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Bernethia Johnson
V.

Jo Anne B. Barnhart, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:07-cv-00059-ID

TO: (Name and address of Defendant)

Jo Anne B. Barnhart
Commissioner of Social Security
Social Security Administration, Room 611
Altmeyer Bldg.
Baltimore, MD  21235

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, AL 36104
334-262-1177

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  1/22/07

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Bernethia Johnson
V.

Jo Anne B. Barnhart, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:07-cv-00059-ID

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the US
US Dept of Justice
10th and Constitutional Ave.
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, AL 36104
334-262-1177

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  1/22/07

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Bernethia Johnson
V.

Jo Anne B. Barnhart, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00059-ID

TO: (Name and address of Defendant)

Leura Garrett Canary
US Attorney
P.O. Gox 197
Montgomery, AL 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, AL 36104
334-262-1177

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  1/22/07

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Bernethia Johnson
V.

Jo Anne B. Barnhart, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00059-ID

TO: (Name and address of Defendant)

Richard Blake
Assistant Legal Counsel
Social Security Administration
61 Forsyth Street, SW
Atlanta, GA 30303-892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juraldine Battle-Hodge
207 Montgomery Street
Suite 215
Montgomery, AL 36104
334-262-1177

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  1/22/07