IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-59-TFM |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**O R D E R**

On January 19, 2007, the court entered a scheduling order in the above-referenced matter (Doc. 2). That Order is hereby **VACATED**.

Done this 23rd day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE