**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

|..||..||......|||......||||......||||.|..|..||.|.|..|.||..|

Leura Garrett Canary
US Attorney
P.O. Gox 197
Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _DCalhoon_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DeeDeeCalhoon
C. Date of Delivery: 1-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_Registered_
_07cv59 WKW_

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
Transfer from service label: 7006 2760 0007 8193 1958

Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540