**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Richard Black
Assistant Legal Counsel
Social Security Administration
61 Forsyth Street, SW
Atlanta, GA  30303-892

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Elizabeth Fox*  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Elizabeth Fox   1/24/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No

07CV59-S+C

☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 8193 1941

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540