**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jo Anne B. Barnhart
Commissioner of Social Security
Social Security Administration, Room 611
Altmeyer Bldg.
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

SOCIAL SECURITY ADMINISTRATION,
BALTIMORE, MARYLAND 21235

☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
JAN 25 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv59

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 8193 1972

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540