| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery<br><br>C. Signature<br>X  _Earnest Parker_  ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>JAN 24 2007<br>07CW59<br>S. Ct. price ord. |
| 1. Article Addressed to:<br>U.S. Attorney General Albert Gonzales<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC<br>20530-0001 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from :   7004 1160 0003 5802 3501 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952