IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07cv59-ID |
| v. | ) |
| | ) |
| MICHAEL ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' motion for extension of time, filed March 19, 2007 (Doc. No. 13), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Defendants to serve an answer or other responsive pleading is hereby EXTENDED to and including April 25, 2007.

DONE this 20th day of March, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE