**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Johnson v. Astrue et al

Case Number:   2:07-cv-00059-ID

Referenced Pleading:   MOTION to Consolidate Cases   - Doc. 16

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETHIA JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-CV-59-ID |
| | )          2:06-CV-397-WKW |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, et al., | ) |
| | ) |
|    Defendants. | ) |

## **MOTION TO CONSOLIDATE**

Come now Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and move the court to consolidate the above actions to serve the interests of judicial economy and avoid the unnecessary expenditure of time and resources on duplicative discovery. In further support of this Request, Defendants shows as follows:

1.

Plaintiff filed her first lawsuit, case number 2:06-CV-397, against Defendants on May 2, 2006. This lawsuit alleged that Defendants violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq., when Defendants took various actions in mid 2004. Plaintiff filed her second lawsuit, case number 2:07-CV-59, on or about January 22, 2007, alleging that Defendants violated Title VII in relation to various actions taken in 2004 and 2005.

2.

Plaintiff's lawsuits both involve essentially the same witnesses and decision-makers. They also both include allegations concerning events that occurred in 2004. Accordingly, there is substantial overlap in the two lawsuits regarding claims, defenses, witnesses and discovery.

3.

Given the similarity of parties, claims and defenses, the interests of judicial economy would be served by joining the two lawsuits into one action under the number assigned to the first-filed lawsuit. This consolidation would prevent the need for the parties to take duplicative depositions in the two separate lawsuits of Plaintiff and the overlapping witnesses.

4.

Should the Court be inclined to grant this request, Defendants would also respectfully request that the Uniform Scheduling Order issued in case number 2:06-CV-397 be set aside, and as no such order has been entered in case number 2:07-CV-59, enter an order directing the parties to fulfill their obligations under Rule 26(f), Federal Rules of Civil Procedure in this new consolidated case.

5.

Defendants' counsel has discussed this consolidation motion with Plaintiff's Counsel, and Plaintiff's Counsel consents to the consolidation.

WHEREFORE, premises considered, Defendants respectfully request that the above-numbered cases be consolidated under case number 2:06-CV-397, that the existing scheduling order be set aside, and the parties be allowed to submit another proposed scheduling order for the consolidated case.

Respectfully submitted this the 25th day of April, 2007.

                                                                                  LEURA G. CANARY  
                                                                                  United States Attorney

                                          By:  s/James J. DuBois  
                                                      JAMES J. DUBOIS  
                                                      Assistant United States Attorney  
                                                      Georgia Bar No. 231445  
                                                      United States Attorney's Office  
                                                      Post Office Box 197  
                                                      Montgomery, AL 36101-0197  
                                                      Telephone: (334) 223-7280  
                                                      Facsimile: (334) 223-7418  
                                                      E-mail:  james.dubois2@usdoj.gov

**OF COUNSEL:**  
Reginald V. Speegle, Assistant Regional Counsel  
Office of the General Counsel  
Social Security Administration  
61 Forsyth Street, S. W.  
Suite 20T45  
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

     I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Juraldine Battle-Hodge.

                                                                            s/James J. DuBois  
                                                                            Assistant United States Attorney